Plaintiff's Name: RAMON JERMAINE SAPP
CDC No: _____
Address: USP VICTORVILLE
PO. BOX 5500/ADELANTO, CA. 92301

E-filing

FILED
08 APR -9 PM 2:30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAMON JERMAINE SAPP )
                     Plaintiff, )
vs.                              )
SAN FRANCISCO POLICE DEPT. )
(DEPT # 38)         Defendant(s). )
                                 )

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER         (PR)

CASE NUMBER:  PJH

I, RAMON JERMAINE SAPP, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   X  Yes      ___ No   (If "no" DO NOT USE THIS FORM)

   If "yes" state the place of your incarceration. USP VICTORVILLE

Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Are you currently employed (includes prison employment)?  ___ Yes      X  No

   a.  If the answer is "yes" state the amount of your pay. _____

   b.  If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

   a.  Business, profession, or other self-employment:    ___ Yes    X  No

   b.  Rent payments, interest or dividends:              ___ Yes    X  No

   c.  Pensions, annuities or life insurance payments:    ___ Yes    X  No

   d.  Disability or workers compensation payments:       ___ Yes    X  No

1

    e..    Gifts or inheritances:    \_\_ Yes    X No

    f.    Any other sources:    \_\_ Yes    X No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash (includes balance of checking or savings accounts)? \_\_ Yes  X No

    If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   \_\_ Yes    X No

    If "yes" describe the property and state its value: _____

6. Do you have any other assets?   \_\_ Yes    X No

    If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

NONE

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

3-14-08  
DATE                            SIGNATURE OF APPLICANT

CERTIFICATE<br>(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 7.49 on account to his/her credit at USP Victorville (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ 300.00. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ 275.00

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).

3-14-08  
DATE                    C. Gross  
                        SIGNATURE OF AUTHORIZED OFFICER

(Revised 6/01/04)

by the Act of  
1955, as amended,  
...ster oaths (18  
...904).

2