FILED
08 MAY -8 PM 4:34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAMON JERMAINE SAPP, Plaintiff,

vs.

SAN FRANCISCO POLICE DEPT.
DEPT. 38
            Defendant.

CASE NO. CV 08 1903 PJH (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, __RAMON J. SAPP__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9       a.   Business, Profession or                    Yes ____ No _X_
10           self employment
11      b.   Income from stocks, bonds,                 Yes ____ No _X_
12           or royalties?
13      c.   Rent payments?                             Yes ____ No _X_
14      d.   Pensions, annuities, or                    Yes ____ No _X_
15           life insurance payments?
16      e.   Federal or State welfare payments,         Yes ____ No _x_
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____

22  _____

23  3.     Are you married?                             Yes ____ No _X_
24  Spouse's Full Name: _____ N/A _____
25  Spouse's Place of Employment: _____ N/A _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ N/A _____  Net $_____ N/A _____
28  4.     a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1      b.   List the persons other than your spouse who are dependent upon you for
2           support and indicate how much you contribute toward their support. (NOTE:
3           For minor children, list only their initials and ages. DO NOT INCLUDE
4           THEIR NAMES.).
5  _____
6  _____
7  5.   Do you own or are you buying a home?          Yes ____ No _X__
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile?                     Yes ____ No _X__
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.   Do you have a bank account? Yes ____ No _X__ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ____ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ____ No _X_
20 _____
21 8.   What are your monthly expenses?   NONE
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:   NONE
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____     $ _____     $ _____
27 _____     $ _____     $ _____
28 _____     $ _____     $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

APRIL 17, 2008                     X _____
DATE                                    SIGNATURE OF APPLICANT

Case Number: CV-08-1903

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Ramon Jermaine Sapp</u> for the last six months
[prisoner name]
<u>VICTORVILLE USP</u> where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ <u>260.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $ <u>250.00</u>

Dated: X <u>4/21/08</u>          X <u>[signature]</u>
                                 [Authorized officer of the institution]

SUBSCRIBED AND SWORN BEFORE ME
THIS <u>21st</u> DAY <u>April</u> 20 <u>08</u>
FEDERAL CORRECTIONAL COMPLEX, VICTORVILLE, CA
SAN BERNARDINO COUNTY
<u>C. Cross</u>
CASE MANAGER
AUTHORIZED BY ACT OF CONGRESS JULY 7, 1955
TO ADMINISTER OATHS
(TITLE 18, U.S.C. SECTION 4004)