United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMON JERMAINE SAPP,

        Plaintiff,

  vs.

Sergeant M. LALOR, Officer B. WOO, Officer K. EDISON, Officer V. ETCHEBER, Officer D. NASTARI, Officer C. FABRI, Officer T. BOES, Officer B. PEAGLER, Inspector HOLLORAN, SAN FRANCISCO POLICE DEPARTMENT, Agent P. BERMUDEZ, Agent L. LAGAREJOS, Agent M. LAGAREJOS, Agent V. JACKSON, and all other defendants presently unknown,

        Defendants.
                                      /

No. C 08-1903 PJH (PR)

**ORDER OF DISMISSAL**

       This pro se civil rights action was filed on April 9, 2008.  On that same day the court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient because he had not used the correct form and had not provided the printout of transactions in his inmate account required by 28 U.S.C. § 1915(a)(2).  A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope.  Plaintiff was informed that if he did not either pay the fee or remedy the deficiencies of his IFP application within thirty days the case would be dismissed.

       Plaintiff has filed a new application to proceed IFP on the correct form, but he still has not included the missing printout of transactions in his inmate account.  Plaintiff's application to proceed IFP (document number 5 on the docket) therefore is **DENIED**.  His

earlier application (document 4) is **DENIED** as moot. Because plaintiff has failed to pay the fee or provide a proper IFP application, and because he has not complied with the court order to do so within thirty days of the notice, this case is **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated:  May 30, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.08\SAPP1903.IFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAMON J. SAPP,

        Plaintiff,

  v.

SF POLICE DEPT et al,

        Defendant.

Case Number: CV08-01903 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ramon Jermaine Sapp 96941-011
United States Penitentiary
P.O. Box 5500
Adelanto, CA 92301

Dated: May 30, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk