**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMON JERMAINE SAPP,

    Plaintiff,

vs.

Sergeant M. LALOR, Officer B. WOO, Officer K. EDISON, Officer V. ETCHEBER, Officer D. NASTARI, Officer C. FABRI, Officer T. BOES, Officer B. PEAGLER, Inspector HOLLORAN, SAN FRANCISCO POLICE DEPARTMENT, Agent P. BERMUDEZ, Agent L. LAGAREJOS, Agent M. LAGAREJOS, Agent V. JACKSON, and all other defendants presently unknown,

    Defendants.
                                      /

No. C 08-1903 PJH (PR)

**JUDGMENT**

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED.**

Dated: May 30, 2008.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\CR.08\SAPP1903.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAMON J. SAPP,

        Plaintiff,

  v.

SF POLICE DEPT et al,

        Defendant.
                                    /

Case Number: CV08-01903 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ramon Jermaine Sapp 96941-011
United States Penitentiary
P.O. Box 5500
Adelanto, CA 92301

Dated: May 30, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk