

Ramon Jermaine Sapp 96941-011
United States Penitentiary
P.O. Box 5500
Adelanto, CA 92301


CV08-01903 PJH