FILED
PJH
JUN 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

RECEIVED
08 JUN 12 PM 2:25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Richard W. Wieking, Clerk

My name is Ramon J. Sapp. My case number is #CV-08-1903. I am now in the custody of California state. I am in State prison (San Quentin). Anything you sent off to me after May 1, 2008 I did not recieve. I Also have not recieved any status on my civil case with Highland Hospital. Please send all response to me here at:

RAMON SAPP # F08223
San Quentin State Prison
San Quentin, Ca. 94974

Thank you

sincerely
Ramon Sapp

