

**E-filing**  **FILED JUN 25 2008**  RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Dear Mr. Wieking, Clerk

This letter is to find out where is the response from the request of status of my civil case (Case # CV 03-01066) against Highland Hospital in Oakland, California. I asked for on Nov. 26, 2007 and in March 2008. Please give me the status on this case. I've been asking for this information for over a year.

Also the last thing I did on my other civil case (Case # CV 08-1903 PJH) was file a In Forma Pauperis application and never recieved the response because I was in the middle of transferring Prisons. I am now in San Quentin State Prison. Please send me these responses as soon as possible. I thank you very much.

Ramon Sapp #F08223
San Quentin State Prison
San Quentin, Ca 94974

Sincerely

Ramon J. Sapp

Ramon Sapp # F08223
San Quentin State Prison
San Quentin, Ca. 94974

Clerk Office
Northern District
450 Golden Gate Ave.
San Francisco, Ca. 94102