Nicole/PJH

**FILED**
JUL 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUL -8 PM
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Ms. Heverman, Deputy Clerk       July 2, 2008

I recieved your letter of judgement on the case of Highland Hospital. I was never informed that they filed for dismissal in December 2006. My attorney (Trudy Martin) never told me. Is there any possible way for me to persue that case. Please let me know. Because I'm dumb to the law.

Also I never got a response from the in forma Pauperis I filed case #CV-08-1903. Can you please send me all information in this matter.

Thank you.

Sincerely

Ramon J. Sapp



Ramon Sapp # F-08223
San Quentin State Prison
San Quentin, Ca. 94974

Office of the Clerk
Northern District of California
450 Golden Gate Ave.
S.F., Ca. 94102