FILED

JAN 2 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMON JERMAINE SAPP,

    Plaintiff,

vs.

Sergeant M. LALOR, Officer B. WOO, Officer K. EDISON, Officer V. ETCHEBER, Officer D. NASTARI, Officer C. FABRI, Officer T. BOES, Officer B. PEAGLER, Inspector HOLLORAN, SAN FRANCISCO POLICE DEPARTMENT, Agent P. BERMUDEZ, Agent L. LAGAREJOS, Agent M. LAGAREJOS, Agent V. JACKSON, and all other defendants presently unknown,

    Defendants.

No. C 08-1903 PJH (PR)

**ORDER DENYING MOTIONS**

    This pro se civil rights action was filed on April 9, 2008. On that same day the court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient because he had not used the correct form and had not provided the printout of transactions in his inmate account required by 28 U.S.C. § 1915(a)(2). Plaintiff was informed that if he did not either pay the fee or remedy the deficiencies of his IFP application within thirty days the case would be dismissed. Although plaintiff filed a new application to proceed IFP on the correct form, he still did not include the missing printout of transactions in his inmate account. In consequence the application to proceed IFP was denied and the case was dismissed for failure to comply with a court order.

    Plaintiff's copy of the dismissal and judgment were returned as undeliverable. The day after the returned mail was received at the court a notice of change of address was

received from plaintiff.  He has since filed another motion for leave to proceed IFP and a motion for leave to amend.

This case was closed because of plaintiff's failure to comply with the court order to file a complete IFP application.   The case remains closed because plaintiff has not asked that it be reopened and the court is not presently aware of the grounds that might justify reopening this case.  The motion to proceed IFP (document number 15 on the docket) and the motion for leave to amend (document number 16) are therefore **DENIED** as moot.  The clerk shall send plaintiff copies of the order of dismissal (document 6) and the judgment (document 7) at his current address.

**IT IS SO ORDERED.**

Dated:  1/22/10

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.08\SAPP1903.misc.wpd